IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH E. GERBER,
an individual,
        Plaintiff,                    No. CIV S-07-0785 WBS JFM PS

    vs.

CITIGROUP, INC., etc., et al.,

        Defendants.               <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se with a complaint challenging the handling of his credit card account alleging, *inter alia*, violation of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq.  This case was referred to the undersigned pursuant to Local Rule 72-302(c)(21).  Before this court is the March 14, 2008 ex parte motion of defendant Citibank (South Dakota), N.A., erroneously sued as Citigroup Inc. ("Citibank"), to extend the time to respond to plaintiff's first amended complaint by answer, motion or otherwise (the "motion").  Good cause appearing, IT IS HEREBY ORDERED that defendant Citibank's March 14, 2008 motion is granted; the deadline for Citibank to respond to the first amended complaint by answer, motion or otherwise shall be April 11, 2008.

DATED: March 17, 2008.

UNITED STATES MAGISTRATE JUDGE

1  /001; gerber.eot