IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH E. GERBER,
an individual,

        Plaintiff,                   No. CIV S-07-0785 WBS JFM PS

  vs.

CITIGROUP, INC., etc., et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On February 29, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1

1  1. The findings and recommendations filed February 29, 2008, are adopted in
2  full; and
3  2. Citibank's June 21, 2007 motion to compel arbitration and stay the action
4  [docket no. 38] is denied.
5  DATED:  March 20, 2008

```
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE
```

/gerber.801