UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JOSEPH GERBER, an individual, | NO. CIV. 07-0785 WBS JFM |
| Plaintiff, | ORDER OF RECUSAL |
| v. | |
| CITIGROUP, INC., a Delaware corporation, and CITIBANK (SOUTH DAKOTA) N.A., both d.b.a CITIBANK, N.A., CITIBANK S.D. N.A., CITIBANK, CITIBANK CORPORATION, CITIBANK USA, CITICORP CREDIT SERVICES, INC. (USA), CITICORP, CITI, CITICARD, CITICARDS, CITI CARDS/CBSDNA, UNIVERSAL CARD SERVICES CORP., UNIVERSAL CARD SERVICES, AT&T UNIVERSAL CARD SERVICES, AT&T UNIVERSAL CARD, AT&T UNIVERSAL CARD SERVICES CORP., UNIVERSAL CARD SERVICES /CBS/DNA, UNIVERSAL CARD/CBSDNA UNIVERSAL CARD, UNIVERSAL BANK and UNIVERSAL BANK, N.A.; UNITED COLLECTION BUREAU, INC., an Ohio corporation; TAMARA HENRY, an individual or the alias of an individual; HARRIS & ZIDE, a business organization of unknown form; FLINT C. ZIDE, an individual or the alias of an individual; ARTHUR W. SHWACHMAN, an individual or the alias of an individual; ROBERT LEE, an individual or the | |

| | |
|---|---|
| 1 | alias of an individual; and CHRIS SEKI, an individual or the alias |
| 2 | of an individual, |
| 3 | Defendants. |
| 4 | _____/ |
| 5 | ----oo0oo---- |

Although the disclosure statement of defendant Citibank (South Dakota), N.A., filed pursuant to Federal Rule of Civil Procedure 7.1., discloses that it "is a wholly owned subsidiary of Citigroup Inc., a publicly held corporation" and that "[n]o publicly held corporation owns ten percent or more of Citigroup Inc.'s stock," it now appears to the undersigned judge that, pursuant to the provisions of 28 U.S.C. § 455(b)(4), his ownership of stock in American Telegraph & Telephone (AT&T) disqualifies him from hearing this case.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

IT IS FURTHER ORDERED that any previous orders issued by the undersigned judge in this case are hereby VACATED and SET ASIDE, and any dates previously set by the undersigned judge in this case are hereby VACATED.

DATED: March 25, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE