IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH E. GERBER,
an individual,
        Plaintiff,        No. 2:07-cv-0785 FCD JFM PS

  vs.

CITIGROUP, INC., etc., et al.,

        Defendants.        <u>ORDER</u>

_____/

      Plaintiff is proceeding pro se with an amended complaint alleging, *inter alia*, violation of the Truth in Lending Act, and was referred to the undersigned pursuant to Local Rule 72-302(c)(21). On July 14, 2009, the district court adopted the findings and recommendations issued January 29, 2009. Accordingly, all defendants who have not yet filed an answer to the amended complaint shall be directed to do so within twenty days from the date of this order.

      IT IS HEREBY ORDERED that the defendants who have not yet filed an answer shall file an answer within twenty days from the date of this order.

DATED: July 27, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; gerber.ans

1