IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH E. GERBER,
an individual,
    Plaintiff,

No. 2:07-cv-0785 FCD JFM PS

vs.

CITIGROUP, INC., etc., et al.,

    Defendants.
_____/

CITIBANK (SOUTH DAKOTA) N.A.,

    Counterclaimant,

vs.

JOSEPH E. GERBER, and ROES 1 - 10,

    Counterdefendants.    <u>ORDER</u>
_____/

       Plaintiff is proceeding pro se with an amended complaint alleging, *inter alia*, violation of the Truth in Lending Act, and was referred to the undersigned pursuant to Local Rule 72-302(c)(21).  On October 14, 2009, plaintiff filed a letter indicating that the parties are involved in settlement negotiations, and requesting that pending activity be temporarily suspended.  Good cause appearing, plaintiff's request will be granted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's October 14, 2009 request is granted.

2. The parties are relieved of their obligation to file status reports as required by this court's September 30, 2009 order.

3. The October 22, 2009 status conference is vacated.

4. This action is stayed for a period of sixty days to enable the parties to complete their settlement negotiations. Within sixty days from the date of this order, plaintiff shall file a status report concerning the status of the negotiations or a stipulated dismissal executed by all parties.

DATED: October 15, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; gerber.sty