Joseph E. Gerber
P.O. Box 3222
Carmichael, California 95609
Telephone: (916) 944-2250
Fax: (561) 828-8049

*In propria persona.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E. GERBER, an individual,<br>    Plaintiff,<br><br>vs.<br><br>CITIGROUP, INC., et al.,<br>    Defendants.<br>_____<br><br>CITIBANK (SOUTH DAKOTA) N.A.<br>    Counterclaimant,<br><br>vs.<br><br>JOSEPH E. GERBER; and, ROES 1 THROUGH 10<br>    Counterdefendants. | Civil Action No.:<br>2:07-CV-0785-WBS-JFM-PS<br><br>PLAINTIFF/COUNTERDEFENDANT'S STATUS REPORT |

  Plaintiff/counterdefendant, Joseph E. Gerber, *pro se*, submits this status report pursuant to this Court's order dated October 15, 2009. Therein, plaintiff/counterdefendant was ordered to inform the Court within sixty days of the status of settlement negotiations or to file a stipulated dismissal. On November 23, 2009, this Court issued an order extending time for filing that status

PLAINTIFF/COUNTERDEFENDANT'S STATUS REPORT

1 | report or stipulated dismissal to January 13, 2010.

2 |     Plaintiff/counterdefendant now reports that settlement negotiations were unsuccessful.
3 | Plaintiff/counterdefendant therefore requests, in accordance with the request originally made on
4 | September 28, 2009 (Court's doc. no. 175), that the Court set a new date for the Rule 16(a)
5 | Status Conference so that new Rule 26(f) deadlines may be set and discovery may proceed.

6 |     Plaintiff also respectfully requests a ruling on the Motion to Compel Joinder (Court's doc.
7 | no. 160) filed July 30, 2009.

8 | Dated: _____JAN. 13_____, 2010   By: _____
9 |                                                                     Joseph E. Gerber, *pro se*
                                                                    Plaintiff/Counterdefendant

PLAINTIFF/COUNTERDEFENDANT'S STATUS REPORT

## PROOF OF SERVICE

CASE: **GERBER v. CITIGROUP, INC., et al.**
CASE NO: **2:07-CV-0785-WBS-JFM-PS**

I am over the age of 18, not a party to this action, and am employed in Sacramento County by Pacific Mail Center at 7737 Fair Oaks Blvd. Carmichael, CA 95608.

On 1/13/10, I served the following document(s) described as:

**PLAINTIFF/COUNTERDEFENDANT'S STATUS REPORT**

on the parties herein, by placing true copies thereof in sealed envelopes addressed as follows:

**For Citigroup, Inc. and Citibank (South Dakota) N.A.**
Marcos D. Sasso, Julia B. Strickland, Andrew W. Moritz and A.R. Kachadoorian
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

**For United Collection Bureau, Inc and Tamara Henry.**
Mark E. Ellis and Theresa M. LaVoie
Ellis, Coleman, Poirier, LaVoie & Steinheimer
555 University Avenue, Suite 200
Sacramento, California 95825

**For Harris & Zide, Flint C. Zide, Arthur W. Shwachman and Robert Lee**
Vincent S. Green
Nemecek & Cole
15260 Ventura Blvd., Suite 920
Sherman Oaks, California 91403-5344

BY MAIL
In accordance with the regular mailing, collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service in Sacramento, California that same day in the ordinary course of business, I deposited such sealed envelope(s), with postage thereon fully prepaid, in the designated area for outgoing mail for collection and mailing on this same date following this office's ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on (date) 1/13/10 at Carmichael, California.

Signed: *Craig M. Fowler*

Print Name: Craig M. Fowler

PROOF OF SERVICE