1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  MARCOS D. SASSO (State Bar No. 228905)
3  2029 Century Park East, Suite 1600
   Los Angeles, California  90067-3086
4  Telephone: 310-556-5800
   Facsimile: 310-556-5959
5  lacalendar@stroock.com

6  Attorneys for Defendants
7  CITIBANK (SOUTH DAKOTA), N.A. and
     CITIGROUP INC.
8

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11

12  JOSEPH E. GERBER,                        )  Case No.  07-cv-0785 FCD JFM PS
                                             )
13              Plaintiff,                   )  Assigned to the Honorable John F. Moulds
                                             )
14      vs.                                  )  **STIPULATION OF DISMISSAL OF**
                                             )  **ENTIRE ACTION (WITH PREJUDICE)**
15  CITIGROUP, INC., et al.,                 )
                                             )
16              Defendants.                  )  F.R.C.P. 41(a)(1)
                                             )
17  ─────────────────────────────────       )
                                             )
18  CITIBANK (SOUTH DAKOTA), N.A.,           )
                                             )
19              Counterclaimant,             )
                                             )
20      vs.                                  )
                                             )
21  JOSEPH E. GERBER; and ROES 1 through 10, )
                                             )
22              Counterdefendants.           )
                                             )
23                                           )
                                             )
24                                           )
                                             )
25

26

27

28

LA 51230836

1      **IT IS HEREBY STIPULATED**, by and between the parties to this action, that the above-

2  captioned action be and hereby is dismissed <u>with prejudice</u> in its entirety pursuant to Federal Rule

3  of Civil Procedure 41(a)(1), including:  (1) all claims asserted by plaintiff/counterdefendant Joseph

4  Gerber against defendants Citigroup, Inc. and Citibank (South Dakota), N.A., defendants United

5  Collection Bureau, Inc. and Tamara Henry, and defendants Harris & Zide, Flint C. Zide, Arthur W.

6  Shwachman and Robert Lee; and (2) all claims asserted by defendant/countercomplainant Citibank

7  (South Dakota), N.A. against plaintiff/counterdefendant Joseph Gerber.

8

9  Dated: February 3, 2010           JOSEPH GERBER

10

11

12

13                            By: _____

14                           Plaintiff, *in propria persona*

15  Dated: February 4, 2010           STROOCK & STROOCK & LAVAN LLP

16                            JULIA B. STRICKLAND

17                            MARCOS D. SASSO

18                            By: _____

19                                 Marcos D. Sasso

20                            Attorneys for Defendant Citigroup, Inc. and

21                            Defendant/Counterdefendant Citibank (South
                              Dakota), N.A.

22

23

24

25

26

27

28

LA 51230836

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1

2    Dated: February 3, 2010                   ELLIS, COLEMAN, POIRIER, LA VOIE &
                                                STEINHEIMER
3                                               THERESA M. LA VOIE

4
                                                By:  _Theresa La Voie_____
5                                                         Theresa M. La Voie

6                                               Attorneys for Defendants
                                                United Collection Bureau, Inc.
7                                               and Tamara Henry

8
      Dated: February ___, 2010                 NEMECEK & COLE
9                                               VINCE S. GREEN

10

11                                              By: _____
                                                         Vince S. Green
12
                                                Attorneys for Defendants
13                                              Harris & Zide, Flint C. Zide,
                                                Arthur W. Shwachman and Robert Lee
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         - 1 -

LA 51228347
LA 51230836

Dated: February ___, 2010

ELLIS, COLEMAN, POIRIER, LA VOIE &
STEINHEIMER
THERESA M. LA VOIE


By: _____
        Theresa M. La Voie

Attorneys for Defendants
United Collection Bureau, Inc.
and Tamara Henry

Dated: February 2, 2010

NEMECEK & COLE
VINCE S. GREEN

By: _____
        Vince S. Green

Attorneys for Defendants
Harris & Zide, Flint C. Zide,
Arthur W. Shwachman and Robert Lee

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -

LA 51228347
LA 51230836

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                          )   ss
COUNTY OF SACRAMENTO   )

      I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086.

      On February 11, 2010, I served the foregoing document(s) described as **STIPULATION OF DISMISSAL OF ENTIRE ACTION (WITH PREJUDICE)** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Joseph E. Gerber
> c/o Mark T. Davis
> Attorney at Law
> 1126 2nd Street
> Sacramento, CA 95814

☐   **(VIA PERSONAL SERVICE)** By causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth above.

☒   **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☐   **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐   **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

      I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

      Executed on February 11, 2010, at Los Angeles, California.

| Lori Reed | /s/ Lori Reed |
|---|---|
| [Type or Print Name] | [Signature] |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

LA 51196614